| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of *Delaware* (State) |
| Case number (*if known*): _____ Chapter _____ |

FILED

2025 MAR 13  AM 11: 48

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

*Seeds of Hope Christian Ministry Trust*

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

*NONE*

**3. Debtor's federal Employer Identification Number (EIN)**

83 - 6302012 *for Banking Purposes only*
*no Bank account at this time*

**4. Debtor's address**

*Principal Asset is held in the Custody of the Recorder of Deeds, Sussex County Delaware. Property Deed is accepted by Trustee, not abandoned*

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 4390 Peacefull Dweller Way | 124 Broadkill Road |
| Number    Street | Number    Street |
| | PMB 109 |
| | P.O. Box |
| Milton    Delaware | Milton    Delaware  19968-1006 |
| City    State    ZIP Code | City    State    ZIP Code |
| Sussex | Location of principal assets, if different from principal place of business |
| County | |
| NO Federal Mail Box on Premises NO Mail Delivery | Number    Street |
| | |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**

*NONE*

Debtor  _Seeds of Hope Christian Ministry Trust_     Case number (if known) _____
        Name

**6.  Type of debtor**

❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _Irrevocable Private Common Law Ecclesiastical Private Member Association consisting of the Trust Board of Trustees and Named Beneficiaries Formed under Divine law with support of Common Law right to contract without interference._

**7.  Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5611_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

_Debtor is prohibited in the Trust Indenture from engaging in commercial activities_

❑ Chapter 7

❑ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☒ A plan is being filed with this petition. _will be submitted upon verified Proof of Claim of Debt_

  ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

❑ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY

        District _____  When _____  Case number _____
                                 MM / DD / YYYY

Debtor   *Seeds of Hope Christian Ministry Trust*        Case number (if known) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____   Relationship _____

        District _____   When _____
                                                        MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other *private residential real property primary abode of an elderly woman & disabled Adult son*

Where is the property? *25900 Country Meadows Drive Land/House*
                      Number        Street

*Millsboro*                    *Delaware    19966*
City                           State    ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency *State Farm Insurance Co.*

Contact name *Mark Penual*

Phone *302-856-7724*

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

*alleged creditors*

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor _Seeds of Hope Christian Ministry Trust_ Case number (if known) _____
_____Name_____

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2025
MM / DD / YYYY

**X** _by: Anne Frances McShane Ⓒ_          _Anne Frances McShane_
Signature of authorized representative of debtor          Printed name

Title _Executive Trustee_

_The Trust Indenture grants power to administrate to the Board of Trustees, we find no provision to allow any interation with a member of the Private BAR Association._

**18. Signature of attorney**    **X** _Matthew Craig Kent_    Date _03/13/25_
Signature of attorney for debtor          MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

_Luke Chapter 11:45-54_    City _____    State ____  ZIP Code ____

Contact phone _____    Email address _____

Bar number _____    State ____

Fill in this information to identify the case:

Debtor name _Seeds of Hope Christian Ministry Trust._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                       $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____

   4.2. _____   $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $_____ ∅ _____

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____

   7.2. _____   $_____

Debtor  *Seeds of Hope Christian Ministry Trust*
     Name                                    Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $ Ø

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                 **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔  $_____
                        face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔  $_____
                        face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ Ø

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____  _____  $_____

14.2._____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                  % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $ Ø

---

Debtor _Seeds of Hope Christian Ministry Trust_    Case number (if known)_____
    Name

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $ _____∅_____

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _Seeds of Hope Christian Ministry Trust_
      Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ ∅

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ ∅

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _Seeds of Hope Christian Ministry Trust_
Name _____ Case number (if known)_____

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $_____ Ø

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor _Seeds of Hope Christian Ministry Trust_
Name

Case number (if known)_____

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _Deed  2-34-20.00-8800  Parcel #_ | _100%_ | $ _Online search_ | _Estimated Value_ | $ _382,000.00_ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _382,000.00_

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** _all property of the Debtor_<br>_See UCC-1 filing -_ | $ _Value is unknown at this time_ | | $ |
| **65. Goodwill** | | | |

_belongs to Secured Party - Securities of_
_the GEORGE LEON McCAULEY ESTATE_
_are the property owned by the_

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

_named Beneficiaries -_
_Equity recognises the Beneficiary_
_as the owner._

Debtor _Seeds of Hope Christian Ministry Trust_   Case number (if known)_____
　　　　Name

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☒ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:   All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)
_U.S. Bancorp_

_Securitization of Note + proceeds._
$ 194,500.00       _____  => $ 1,945,000.00
　Total face amount      doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_Banking Fraud - Rico violations - Misrepresentation of Accounts_ $ 1,945,000.00
Nature of claim   _Criminal._   _to Hide Assets - Bankruptcy_
Amount requested   $ 1,945,000.00   _Fraud._

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim   _Counterclaim, Not yet filed._   $_____
Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____   $_____
_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 3890,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor _Seeds of Hope Christian Ministry Trust._
Name
Case number (if known)_____

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $_____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____ | |
| 83. Investments. *Copy line 17, Part 4.* | $_____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* ............................➔ | | $382,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ Not Known – Securities of Cash Value. | |
| 90. All other assets. *Copy line 78, Part 11.* | + $3,890,000.00 | |
| 91. Total. Add lines 80 through 90 for each column............................ 91a. | $_____ | + 91b. $_____  Estimate subject to Ammendment |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..................................................... $4,272,000.00

**Fill in this information to identify the case:**

Debtor name _Seeds of Hope Christian Ministry Trust_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** _EIN # 88-6587355_

Creditor's name
_Seeds of Hope Ministry Trust_    Describe debtor's property that is subject to a lien    $3,595.00

_Deed - 2-34-20.00-88.00_    _on 08/31/2022 +_

Creditor's mailing address
_124 Broadkill Road_    _$500,000.00 per Day_
_PMB 109_    _there after -_
_Milton Delaware 19968_    Describe the lien    _at 03/13/2025_
_Mechanic lien_    _925 Days_

Creditor's email address, if known    Is the creditor an insider or related party?    _$466,095,000.00_
☒ No
☐ Yes

Is anyone else liable on this claim?
Date debt was incurred    ☒ No
Last 4 digits of account    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
number

Do multiple creditors have an interest in the    As of the petition filing date, the claim is:
same property?    Check all that apply.
☒ No    ☐ Contingent    _Claim/Lien is in place to protect_
☐ Yes. Specify each creditor, including this creditor,    ☐ Unliquidated    _the interest of the named beneficiary_
and its relative priority.    ☐ Disputed    _from theft of trust property._

**2.2** Creditor's name    Describe debtor's property that is subject to a lien    $_____    $_____

Creditor's mailing address    _____

Describe the lien    _____

Creditor's email address, if known    Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
Date debt was incurred    ☐ No
Last 4 digits of account    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
number

Do multiple creditors have an interest in the    As of the petition filing date, the claim is:
same property?    Check all that apply.
☐ No    ☐ Contingent
☐ Yes. Have you already specified the relative    ☐ Unliquidated
priority?    ☐ Disputed
   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

_We find no actual creditors with a verified claim on this property except the named beneficiarys_

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _466,095,000.00_

**Fill in this information to identify the case:**

Debtor _Seeds of Hope Christian Ministry Trust_

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☐ Yes. Go to line 2. *We find no creditor that has produced evidence of a verified claim of Debt or perfected lien.*

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1 | Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Total claim $_____   Priority amount $_____

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Total claim $_____   Priority amount $_____

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Total claim $_____   Priority amount $_____

Debtor  *Seeds of Hope Christian Ministry Trust*  Case number (if known)_____
      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Nationstar Mortgage LLC dba Mr Cooper <br> 8950 Cypress Waters Blvd <br> Coppell Texas 75019 | Line _____ <br> ☒ Not listed. Explain NO <br> Verification of Claim or lien | 1848 <br> Third Party dept Collector |
| 4.2. ORLANS PC <br> 4250 Lancaster Pike suite 140 <br> Wilmington Delaware 19805 | Line _____ <br> ☒ Not listed. Explain NO <br> Contract | _____ |
| 4.3. ORLANS PC <br> Attention: Melanie J. Thompson, Esq <br> 4250 Lancaster Pike sui 140 Wilm De | Line _____ <br> ☒ Not listed. Explain Attorney | _____ |
| 4.4. ORLANS PC : Atten: John E Tarburton Esq <br> 4250 Lancaster Pike, Suite 140 <br> Wilmington Delaware 19805 | Line 19805 <br> ☒ Not listed. Explain Attorney | _____ |
| 41. ORLANS PC : Atten: Cora Ann M. Foley Esq <br> 4250 Lancaster Pike, Suite 140 <br> Wilmington, Delaware 19805 | Line _____ <br> ☒ Not listed. Explain Attorney | _____ |
| 4.5. State of Delaware Atten: Craig A. Karsnitz <br> 1 The Circle, Suite 2 <br> Georgetown Delaware 19947 | Line _____ Administrative Law Judge <br> ☒ Not listed. Explain NO Delegation <br> of Authority to Seize Property |  *Abuse of Power* |
| 4.6. U.S. Bancorp: Atten: Andrew Cecere CEO <br> 800 Nicollet MAy <br> Minneapolis MN 55402 | Line _____ <br> ☒ Not listed. Explain No Verification <br> of Claim or lien - Banking Fraud <br> NO CONTACT | 1141 |
| 4.7. U.S. Bank Trust National Association <br> 1101 Centre Road, Suite 303 <br> Wilmington Delaware 19805 | Line _____ <br> ☒ Not listed. Explain No Verification <br> of Claim or lien Banking Fraud. <br> NO CONTACT | 1141 |
| 4.8. RCAF ACQUSITION Trust : Reg Agent <br> U.S. Bank Trust National Association <br> 1101 Centre Road, Suite 303 Wilm Del 19805 | Line _____ <br> ☒ Not listed. Explain No Verification <br> Claim or lien banking Fraud <br> NO CONTACT | 1141 |
| 4.9. SELENE FINANCE LP <br> 3501 Olympus Blvd <br> Coppell Texas 75019 | Line _____ <br> ☒ Not listed. Explain No Verification <br> of Claim or lien - NO CONTACT | 1141 |
| 4.10. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.11. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |

Debtor   *Seeds of Hope Christian Ministry Trust*
         Name                                              Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

<table>
<tr><td></td><td></td><td>Total of claim amounts</td></tr>
<tr><td>5a.  Total claims from Part 1</td><td>5a.</td><td>$_____ Ø _____</td></tr>
<tr><td>5b.  Total claims from Part 2</td><td>5b.  +</td><td>$_____</td></tr>
<tr><td>5c.  Total of Parts 1 and 2<br>Lines 5a + 5b = 5c.</td><td>5c.</td><td>$          Ø</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name _Seeds of Hope Christian Ministry Trust_

United States Bankruptcy Court for the: _____    District of _Delaware_
                                                                          (State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name _*Seeds of Hope Christian Ministry Trust*_

United States Bankruptcy Court for the: _____ District of _*Delaware*_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City      State      ZIP Code | | | |
| **2.2** _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City      State      ZIP Code | | | |
| **2.3** _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City      State      ZIP Code | | | |
| **2.4** _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City      State      ZIP Code | | | |
| **2.5** _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City      State      ZIP Code | | | |
| **2.6** _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City      State      ZIP Code | | | |

Fill in this information to identify the case:

Debtor name _Seeds of Hope Christian Ministry Trust_

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from Schedule A/B.................................................  $ _382,000.00_

   1b. **Total personal property:** _Claim all Personal Property –tangible_
       Copy line 91A from Schedule A/B _and untangible of GEORGE LEON_  $ _Not Known_
   
   1c. **Total of all property:** _MCCAULEY ESTATE for the Named_
       Copy line 92 from Schedule A/B _Beneciarys_  $ _4,272,000.00_

   _Submitting a Request for audit of all securites. Amount subject_
   _Belongs to GEORGE LEON MCCAULEY ESTATE_        _to amendment_

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................................  $ _466,095,000._

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F..................................................  $ _∅_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................................................  + $ _∅_

4. **Total liabilities.................................................................**
   Lines 2 + 3a + 3b                                                                $ _466,095,000._

**Fill in this information to identify the case and this filing:**

Debtor Name _Seeds of Hope Christian Ministry Trust_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (if known): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

_Executive Trustee_

I am the ~~president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;~~ or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule ___ _no amended schedule Files_

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration _207_

_X upon verified proof of Claim/lien will submit plan_
_to date No Contract/No Proof of Claim of Debt or lien._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/13/2025_          X by: _Anne Frances McShane_ ©
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

_Anne Frances McShane_
Printed name

_Executive Trustee_
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name _Seeds of Hope Christian Ministry Trust_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *Insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Seeds of Hope Ministry Trust | Anne McShane 302-228-3063 seedsofhopeministry@protonmail.com DOC# 2022000042565 | Parcel # 2-34-20.00 - 88.00 Claim of lien on Real Property - Deed. 25900 Country Meadows Drive Millsboro Delaware 19966-3485 Sussex County Recorder of Deeds | | | | |
| 2 | UCC-1 Filing- 2022120885559745 | UCC-3 202212088559846 | | | | |
| 3 _alleged Creditor_ U.S. Bank Trust National Association | Andrew Cecere 800 Nicollet Mall Minneapolis MN 55402 | NO CONTACT / No Lien / No verification of Debt | | | | |
| 4 _alleged Creditor_ Nationstar Mortgage DBA Mr Cooper | Jay Bray, CEO 8950 Cypress Waters Blvd Coppell Texas 75019 | NO CONTRACT / No Lien / NO verification of Debt | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Fill in this information to identify the case:

Debtor name: *Seeds of Hope Christian Ministry Trust*

United States Bankruptcy Court for the: _____ District of *Delaware*
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor _Seeps of Hope Christian Ministry Trust_                Case number (*if known*)_____
        <sub>Name</sub>

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State      ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State      ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City            State      ZIP Code | | | |
| | Relationship to debtor | | | |
| 4.2. | | | $ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City            State      ZIP Code | | | |
| | Relationship to debtor | | | |

**Debtor** *Seeds of Hope Christian Ministry Trust*
Name

Case number (if known) _____

**5. Repossessions, foreclosures, and returns** *Unlawful Sheriff Sale Scheduled 3/18/2025*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None *The Trust grants no permission for this Type of Sale & Sheriff*

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

*has no delegation of Authority to seize Trust Property*
*without Due process of Law. Sheriff Involved in RICO Activities.*

5.1.
Creditor's name _____

Street _____

City _____ State ____ ZIP Code ____

5.2. _____
Creditor's name _____        $_____

Street _____

City _____ State ____ ZIP Code ____

**6. Setoffs** *No CREDITOR has brought forth a verified Claim of Debt*

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Creditor's name _____        $_____

Street _____

City _____ State ____ ZIP Code ____        Last 4 digits of account number: XXXX– _ _ _ _

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case. *Independent contractor*

*Not permitted to use State*

☐ None *Unsworn by Private BAR member on behalf of an Entity* *Court*

7.1. Case title *Complaint*   Nature of case   Court or agency's name and address   Status of case

Case number *S22L-05-010-CAK* *Foreclosure*   *Superior Court*   ☐ Pending ☐ On appeal ☐ Concluded

*Demand for audit, investigation & subrogation of the account.*   Name *1 The Circle, Suite 2*   *Georgetown DE 19947*

7.2. Case title   *Trust has No Contract w/Plaintiff & court record reflects No evidence to the contrary*   Court or agency's name and address   ☐ Pending ☐ On appeal ☐ Concluded

Street _____

City _____ State ____ ZIP Code ____

Debtor  *Seeds of Hope Christian Ministry Trust*
      Name                                   Case number (if known)_____

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City        State        ZIP Code | Case number | Street |
| | Date of order or assignment | City        State        ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

Debtor _Seeds of Hope Christian Ministry Trust_  Case number (if known)_____
       Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** _____ | _____ | _____ | $_____ |
| Address _____ | _____ | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Email or website address _____ | | | |
| Who made the payment, if not debtor? _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** _____ | _____ | _____ | $_____ |
| Address _____ | _____ | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Email or website address _____ | | | |
| Who made the payment, if not debtor? _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Trustee _____ | _____ | | |

Debtor  *Sheaks of Hope Christian Ministry Trust*
_____ Name _____ Case number (if known) _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| Address _____ | | | |
| Street _____ | | | |
| City        State    ZIP Code | | | |
| Relationship to debtor _____ | | | |
| Who received transfer? | | | $_____ |
| 13.2. _____ | _____ | _____ | |
| Address _____ | | | |
| Street _____ | | | |
| City        State    ZIP Code | | | |
| Relationship to debtor _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. Street _____ | | From _____ To _____ |
| City        State    ZIP Code | | |
| 14.2. Street _____ | | From _____ To _____ |
| City        State    ZIP Code | | |

Debtor   *Seeds of Hope Christian Ministry Trust*
         Name                                          Case number *(if known)*_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name _____ | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | Check all that apply: |
| City _____ State _____ ZIP Code _____ | _____ | ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name _____ | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | Check all that apply: |
| City _____ State _____ ZIP Code _____ | _____ | ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.   *Debtor has no Customers.*

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor _*Seeds of Hope Christian Ministry Trust*_
Name                                                             Case number (if known)_____

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    _Seeds of Hope Christian Ministry Trust_    Case number (if known)_____
         Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor  *Seeds of Hope CHristian Ministry Trust*  Case number *(if known)*_____
         Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** Name<br>Street<br>City    State    ZIP Code | | EIN: ___ – _____<br>**Dates business existed**<br>From _____ To _____ |
| **25.2.** Name<br>Street<br>City    State    ZIP Code | | EIN: ___ – _____<br>**Dates business existed**<br>From _____ To _____ |
| **25.3.** Name<br>Street<br>City    State    ZIP Code | | EIN: ___ – _____<br>**Dates business existed**<br>From _____ To _____ |

Debtor   *Seeds of Hope Christian Ministry Trust*   Case number (if known)_____
         Name

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** | From _____ To _____ |
| Name _____ | |
| Street _____ | |
| _____ | |
| City _____ State _____ ZIP Code ____ | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** | From _____ To _____ |
| Name _____ | |
| Street _____ | |
| _____ | |
| City _____ State _____ ZIP Code ____ | |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** | From _____ To _____ |
| Name _____ | |
| Street _____ | |
| _____ | |
| City _____ State _____ ZIP Code ____ | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ To _____ |
| Name _____ | |
| Street _____ | |
| _____ | |
| City _____ State _____ ZIP Code ____ | |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** | |
| Name _____ | _____ |
| Street _____ | _____ |
| _____ | _____ |
| City _____ State _____ ZIP Code ____ | |

3c7ddc0be376394e

Debtor    *Seeds of Hope Christian Ministry Trust*
Name                                           Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City          State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City          State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

Debtor    *Seeds of Hope Christian Ministry Trust*
          Name                                                Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.

Name _____

Street _____

_____

City _____    State _____    ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

*Board of Trustees collectively hold 100% interest in real property*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anne McShane | 124 Broadkill Road PMB 109 Milton Delaware 19968-1008 | Executive Trustee | 100% |
| Sabrina Watson | 124 Broadkill Road PMB 109 Milton Delaware 19968-1008 | Secretary Trustee | 100% |
| John Schiavone | 124 Broadkill Road PMB 109 Milton Delaware 19968-1008 | Trustee | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | | |
| City _____ State _____ ZIP Code _____ | _____ | _____ | _____ |
| Relationship to debtor | | | |
| | _____ | _____ | _____ |

Debtor _Seeds of Hope Christian Ministry Trust_
Name
Case number (if known) _____

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | | |
| | Name _____ | | _____ |
| | Street _____ | | _____ |
| | City _____ State _____ ZIP Code _____ | | _____ |
| | Relationship to debtor | | _____ |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/13/2025_
MM / DD / YYYY

✗ by: _Anne Frances McShane_
Signature of individual signing on behalf of the debtor

Printed name _Anne Frances McShane_

Position or relationship to debtor _Executive Trustee_

Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?

☐ No

☒ Yes